

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

August 2, 1951

Hon. Leonard Passmore
County Attorney
Franklin County
Mt. Vernon, Texas

Opinion No. V-1229.

Re: Legality of the use of
seines or nets with
meshes less than one
inch square in Franklin
County.

Dear Sir:

　　　　In your request for an opinion you ask in substance whether or not the use of a seine or net with meshes less than one inch square in Franklin County is punishable under Article 927, Vernon's Penal Code.

　　　　Article 927, Vernon's Penal Code, provides:

　　　　"Except the ordinary hook and line or trot line, or a set or drag net or seine, the meshes of which shall be three or more inches square, or a minnow seine not more than twenty feet long used for catching bait, no person shall place in any fresh water river, creek, lake, bayou, pool, lagoon or tank, in this State, any net, trap or other device for catching fish, or take or catch any fish from said waters with any net, seine, device, or hook and line or trot line, other than as permitted herein. Whoever violates any provision of this article shall be fined not less than twenty-five nor more than one hundred dollars." (Emphasis supplied.)

　　　　Since the enactment of the foregoing Article, a number of local fish laws applicable to particular counties only have been passed which in effect modify the exceptions stated in Article 927. Acts of the 47th Legislature, R.S. 1941, ch. 595, p. 1322, to which you refer in your request, is one of these local fish laws. The pertinent part of this statute provides:

　　　　"Section 1. From and after the passage of this Act, it shall be lawful during open season only, for a person to take

or catch catfish, perch, buffalo, and
drum, from the waters of Delta, Hopkins,
and Franklin Counties, by hand or with
a seine or net having meshes one inch
square."

The basic prohibition against the use of
seines is still in full effect. The use of a seine
is unlawful unless the user falls within one of the
exceptions stated in Article 927 or unless he is
within the terms of a special act making special ex-
ceptions applicable to a particular county. Unless
his act falls within such exception, he is subject
to punishment for the use of a seine and the penalty
for violation of Article 927 applies.

Incidentally, your attention is called to
the fact that up until 1945, by provision of Article
951, V.P.C., the months of March and April were closed
to seines and artificial bait. In 1945, however, the
Legislature passed Article 927a, V.P.C., and Section
5 thereof provides:

"All laws, or parts of laws, local,
general or special, insofar as they pro-
vide a closed season or period of time
when it is unlawful to take or catch fish
. . . shall be and are hereby repealed
. . ."

It has been held in Att'y Gen. Op. O-6541
(1945), under a prior administration, that Article
951 was modified by the above provision to permit
use of otherwise lawful seines at any time for tak-
ing fresh water fish. Likewise, the term "during
open season only" appearing in the 1941 law set out
above is no longer applicable.

## SUMMARY

The use of seines or nets with meshes
less than one inch square in the waters of
Delta, Hopkins, and Franklin Counties (Acts

Hon. Leonard Passmore, page 3  (V-1229).


47th Leg., R.S. 1941, ch. 595, p. 1322) is punishable under Article 927, V.P.C.

APPROVED:

Ned McDaniel
State Affairs Division

Everett Hutchinson
Executive Assistant

Charles D. Mathews
First Assistant

Yours very truly,

PRICE DANIEL
Attorney General

By  V. F. Taylor
V. F. Taylor
Assistant

VFT:rt:jmc